FILED
APR 0 7 2005
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

KARLA APLIN and PATRICK APLIN,        )
                                       )   CV. 05-5013
                                       )
        Plaintiffs,                    )
                                       )
vs.                                    )   ORDER GRANTING MOTION
                                       )   TO DISMISS WITH PREJUDICE
HAYLOFT PROPERTY                       )
MANAGEMENT, INC.,                      )
                                       )
        Defendant.                     )

On March 18, 2005, the parties filed a signed stipulation stating that they wished this matter to be dismissed with prejudice with each party to bear their own costs. Accordingly, it is hereby

ORDERED that this case is dismissed with prejudice.

Dated this 7th day of April, 2005.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE